NATHAN SERXNER, Respondent, v. JOSEPH KATZ, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

SARAH WEINSTEIN, Respondent, v. BETTY WEISSER and ANCHOR CORRUGATING CONSTRUCTION Co., INC., Appellants.— Judgment modified by providing that the defendant be enjoined from the continued maintenance of the said fence to a height in excess of ten feet, measured from the established grade at the curb (*122 East 40th Street Corp.* v. *Dranyam Realty Corp.*, 226 App. Div. 78), and as so modified, unanimously affirmed, without costs. We are of opinion that the fence was erected in bad faith and, as constructed, constitutes a private nuisance, but we think that under section 3 of the Real Property Law an owner may erect a fence on his land to the height of ten feet, measured in conformity with the holding in the case cited. Findings and conclusions inconsistent herewith are reversed and new findings accordingly will be made, order to be settled on notice. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of HARRY B. BOGG, JR., for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of OLEN R. CLEMENTS for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of HARRY H. HARRIS for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of FREDERICK HOWARD HAUSER for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of CHARLES A. LOUGHIN for Admission to the Bar. (From the State of Minnesota.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of FRANK REID RAY for Admission to the Bar. (From the State of North Carolina.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of RICHARD F. ROBERTS for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of FRANCIS W. WOZENCRAFT for Admission to the Bar. (From the State of Texas.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.